IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) | CIVIL ACTION NO. |
| | ) | 3:06CV-87-GCM |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ELIO M. QUINONES (a.k.a. ELIO M. QUIÑONES) and | ) ) | |
| ELIO M. QUINONES, JR. (a.k.a. ELIO M. QUIÑONES, JR.), | ) ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT on Plaintiff's Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. For good cause shown, it is HEREBY ORDERED that the above referenced action is dismissed.

Each party shall bear its own costs and fees.

IT IS SO ORDERED.

Signed: September 9, 2008

Graham C. Mullen
United States District Judge