# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Meineke Car Care Centers, Inc.,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:06-CV-87

Elio M. Quinones, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/9/2008 Order.

                                                    Signed: September 9, 2008

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court